RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Francisco Elijio Castillo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00029-DJA |
| Plaintiff, | ORDER **TO CONTINUE BENCH TRIAL** |
| v. | (First Request) |
| FRANCISCO ELIJIO CASTILLO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Francisco Elijio Castillo, that the Bench Trial currently scheduled on July 6, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties have entered into a joint recommendation to resolve the matter.
2. The defendant is not in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the Bench Trial.

DATED this 1st day of July, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ *Mina Chang*<br>MINA CHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>FRANCISCO ELIJIO CASTILLO,<br><br>      Defendant. | Case No. 2:22-mj-00029-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, July 6, 2022 at 9:00 a.m., be vacated and continued to October 19, 2022, at 9:00 a.m., Courtroom 3A.

DATED this 5th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS