RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Francisco Elijio Castillo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00029-DJA |
| Plaintiff, | |
| v. | ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| FRANCISCO ELIJIO CASTILLO, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Francisco Elijio Castillo, that the change of plea hearing currently scheduled on July 26, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Due to a conflict with the Court's calendar, the parties have agreed to a short stipulation of time.

2. The defendant is not in custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

This is the first request for a continuance of the change of plea hearing.

DATED this 24th day of July, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By */S/ Imani Dixon*<br>IMANI DIXON<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO ELIJIO CASTILLO,<br><br>　　　　Defendant. | Case No. 2:22-mj-00029-DJA<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Wednesday, July 26, 2023, at 10:00 a.m., be vacated and continued to August 10, 2023, at 2:00 p.m., Courtroom 3A.

　　　DATED this 25th day of July, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3