RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Francisco Elijio Castillo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANCISCO ELIJIO CASTILLO,<br><br>        Defendant. | Case No. 2:22-mj-00029-DJA<br><br>**ORDER TO CONTINUE STATUS CONFERENCE**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Francisco Elijio Castillo, that the status conference currently scheduled for Friday, March 22, 2024, at 11:30 AM be vacated and continued to a date and time convenient to the Court, but no sooner than five (5) days.

This Stipulation is entered into for the following reasons:

1.    Defense counsel has conferred with Mr. Castillo who has confirmed that he will complete his requirements by March 22, 2024.

2. The parties seek a brief continuance in order to avoid an unnecessary hearing. If Mr. Castillo completes his requirements by March 22, 2024, the parties will file a stipulation requesting to vacate the status conference and close out his case.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the status conference.

DATED this 21st day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Kimberly Frayn*<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00029-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| FRANCISCO ELIJIO CASTILLO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status conference currently scheduled for Friday, March 22, 2024, at 11:30 a.m., be vacated and continued to April 26, 2024, at 11:30 a.m., Courtroom 3A.

DATED this 22nd day of March, 2024.

_____
DANIEL J. ALBREGTS
U. S. Magistrate Judge

3